MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Mr. Chris Schroeder
Plaintiff

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Mr Mason, Mrs Foster, Mrs Walker, Mr Turnbull, Love Joy P.D. Phil Hall, Dawn Ferguson, Mr. Mitchell + does et. al.
Defendants

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

Case: 2:24–cv–12919
Assigned To : Michelson, Laurie J.
Referral Judge: Patti, Anthony P.
Assign. Date : 11/4/2024
Description: CMP Schroeder v. Mason, et al (jo)

# Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. C S |
| Street Address | 206 E Huron Street |
| City and County | Ann Arbor, Washtenaw |
| State and Zip Code | MI. 48104 |
| Telephone Number | (470) 492-1492 |
| E-mail Address | USTINYHOUSEPROJECT@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Aaron Mason |
| Job or Title (if known) | County worker |
| Street Address | 9163 Tara Blvd |
| City and County | Jonesboro Clayton |
| State and Zip Code | Georgia 30236 |
| Telephone Number | 770 477-3270 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Mrs Foster |
| Job or Title (if known) | P.O. |
| Street Address | 1331 Citizens Parkway |
| City and County | Morrow Clayton |
| State and Zip Code | Georgia 30260 |
| Telephone Number | (770) 960-4100 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Love Joy P.D. |
| Job or Title (if known) | NA |
| Street Address | 2296 Talmadge Rd |
| City and County | Love Joy Clayton |
| State and Zip Code | Georgia 30250 |
| Telephone Number | 770 471-2304 EXT 1 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Mr. Mitchell |
| Job or Title (if known) | Human Trafficker |
| Street Address | 100 E Weatherford |
| City and County | FT. Worth Tarrant |
| State and Zip Code | TX 76196 |
| Telephone Number | (817) 884-1111 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

Defendant # 5

Name Mrs Walker
Job or Title P.O.
Street Address 1321 Citizens Parkway
City & County Morrow Clayton
State & Zip Georgia 30260
Telephone # (770) 960-4100

Defendant # 6

Name Mr. Turnbull
Job or Title Thief
Street Address 2296 Talmadge Rd.
City & County Love Joy Clayton
State & Zip Georgia 30250
Telephone # 770 471-2304 EXT 1

Defendant # 7

Name Phil Hall
Job or Title Attorney
Street Address 800 Weatherford
City & County FT. Worth Tarrant
State & Zip TX 76102
Telephone # (817) 335-2331

Defendant # 8

Name Dawn Ferguson
Job or Title Attorney
Street Address 4354 W. Vickery Blvd.
City & County FT Worth Tarrant
State & Zip TX 76107
Telephone # (817) 440 3227

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

There are numerous (many more than could be listed in small space) (1.) denial of right to vote (2.) Extradition without hearing in violation of "the Great Writ" Aritcle 1 Section 9 that says... see page 4A

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *(name)* Chris Schroeder (C.S.),
is a citizen of the State of *(name)* Michigan.

b. If the plaintiff is a corporation
The plaintiff, *(name)* ______________________,
is incorporated under the laws of the State of *(name)*
______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual
The defendant, *(name)* Aaron Mason, is a citizen of the State of *(name)* Georgia. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation
The defendant, *(name)* Mrs Foster, is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

C. See Page 4B

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

It's proven that even the largest of corporations are criminal actors at points if not civil pirates. Look at Walmart who repeatedly overcharges clients more than shelf prices despite top technology. They Knowingly do it. In Re Kahn V. Walmart reversed the dismissal July 2024 & WMT has Serious liability.

If even 100's of Billions in revenue Corps. are Knowingly stealing to the tune of hundreds of millions of dollars per year then as a reflection of society it's very plausible that all of the Δ's Know each other & Know the lucrative assets & business property of the Plaintiff & they are in fact as greedy as WMT & they act unlawfully verse Plaintiff for the purposeful result of unjust enrichment.

Plausible indeed are the above claims & they are actually very likely because

Plaintiff could prove location info via Google sensor vault, CSLI (cell site location info), Wifi locations & service providers locations via certain new types of search warrants becoming more useful since 2016.

The above is reasonable grounds for T.R.O. to allow citizen to vote without threat of false arrest. Plaintiff respectfully seeks restraining order against any fake, false, fraud warrants out of CA, GA, IL or TX. All 4 states lose the argument that they ever had a right to detain or warrant a 3 decade business proprietor who has purchased 4 businesses in a business career that includes epic stock picks. The Δ's plan is to steal the financial prowess of the Plaintiff & the "Million Dollar" courtrooms role is to stop them. Anyone who attended Prep school with Kempa & Plaintiff would swear that Plaintiff was every score as smart & likely or possiblx smarter then CEO

Kempa. True Value still has around 4600 locations & was recently purchased from Do It Best. CEO Schroeder is owner of the Brand & Brands 1(888)SNOWPLW™, LLC, it's co-branding brands are 1(800)SNOWPLW™, 1(877)SNOWPLW™, 1(866)SNOWPLW™, 1(855)SNOWPLW™, 1(844)SNOWPLW™, 1(833)SNOWPLW™, 1(630)SNOWPLW™, 1(847)SNOWPLW, 1(734)SNOWPLW™, 1(224)SNOWPLW™, 1(312)SNOWPLW™, 1(317)SNOWPLW™, 1(952)SNOWPLW™, 1(920)SNOWPLW™, 1(716)SNOWPLW™, 1(215)SNOWPLW™. Speaking of True Value the A's knew the True & real value of Plaintiffs brand. Uber dominated the $22 billion dollar U.S. taxi industry. The U.S. snow removal industry is also a $22 billion industry &

CEO Kempa would testify that CEO, President & single owner of 1(888) SNOWPLW™ could obtain at least 1% of U.S. snow plow industry. In fact, it's very likely if not for Δ's pretendings that Plaintiff panhandled with $291 in pocket or was vagrant or was ever homeless. In Georgia false statements & writings is a felony including Turnbull lying to lawyer of Plaintiff & saying he returned stolen property to walmart from Plaintiff. Uber acheived 83% of a $22 billion industry. Plaintiff claims at least 1%.

No harm is done in issuing a TRO & if grants plaintiff then granted the right to vote from Honorable U.S. District court & the presiding Honorable judge.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief sought is relief from false & oppressive fake warrants on proven fake cases, relief from stolen property, stolen cash, stolen brand opportunities, stolen Trust fund payments, stolen state ID, stolen wallet & stolen & unprotected I.P. Intellectual property. The above list is not exhaustive. Stolen income & reputation damage for slander & liable etc etc.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 1, 2024.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Chris Schroeder

"The Privilege of Writ of Habeas Corpus shall not be suspended," & not only was it suspended it was denied in total & unknown unfamiliar lawyer Phil Hall knowingly got involved last minute with no study of case or review of exonerating website www.mygeorgiacase.com. (3.) The 6th Amendment right to represent self as noted above was shattered ignoring Faretta v. CA '76 & The Judiciary Act Section 1 signed from George Washington (General of the American revolution) in 1789 one day before the 6TH Amend. was proposed. (4.) Lawyer Ferguson was paid to pretend to represent when actually her aim was to harm & a restraining order had to be filed verse her. They, Δ's as a group, are guilty of Human Trafficking in violation of law 22 USC 78 for the protection verse trafficking. (5.) Several civil suits filed in TX & GA in 2023 & 2024 were unlawfully denied, 7TH Amend. (6) Under Constitution C.S. has right to vote.

C. The Δ Love Joy P.D. is citizen of the state of Georgia.

D. The Δ Mr. Mitchell is citizen of the state of Texas.

E. The Δ Mrs. Walker is citizen of the state of Texas.

F. The Δ Mr. Turnbull is citizen of the state of Georgia.

G. The Δ Phil Hall is citizen of the state of Texas.

H. The Δ Dawn Ferguson is citizen of the state of Texas.

3. The Amount in Controversy The Δ's stole or prevented $25K in Trust payments + income of over $100,000 per year.

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: Well over $75,000 as the Plaintiff earned $45/hr in Summer break for college before business degree + has $200/hr earning power. Plus, two valuable websites are offline due to defendants.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Respectfully it's too complicated to seperate into numerous claims individually numbered. Georgia was knowingly attempting unlawful extradition on a misdemeanor with 36 months having been ("served") Kidnapped away from 4 businesses Plaintiff has bought since getting a Business Degree in 1994 from a top 10 business school as rated in the 90's. The underling of Plaintiff in 1988 was Chris Kempa CEO of True Value. Mr Kempa was not even going to go to college, yet a road trip to WIU + SIU was all that was necessary for Plaintiff to attend SIU + Kempa to attend WIU.

When Kempa was in Lake Forest, IL in 2002

till 2004 Plaintiff was also in L.F. & on a $24 million real estate development. At that point Plaintiff was on pace with Warren Buffet at age 30. Why does the above matter & how is it now relevant. It matters & it's relevant because Δ Turnbull & 2 coworkers (does etc) testified at illegal prelim. that the Plaintiff was somehow a vagrant or homeless & or without financial means or the ability to be financially stable. A blatant lie in violation of Georgia code on false statements & writings that is a felony.

Mason & the rest of the Δ's were all on that same agenda & wealth stealing plan. Mason made certain Plaintiff could not represent self, & Mason lost temper at word "misdemeanor" because Mason is a homosexual according to individuals residing in Clayton county. As a closet individual Mason was embarassed from word Misdemeanor & due to that Plaintiff could not get court access for over 26 months.

That's not Mason's only sin or crimes verse U.S. citizen with zero criminal record. The above occured from 2019 to April '22 when Plaintiff pretended to plead guilty & rescinded it 5/2/22 two business days later. Mason illegally denied the rescind on alleged out of term local rule that's null & void due to Mason ignoring 8/5/19 filed Bond Reduction motion. No one's above the law, a former President has been arrested & Plaintiffs' vote was stolen in 2020 & about to be stolen in 2024 unless court grants a T.R.O. & allows Plaintiff ability to vote without any fake, false & fraudulent outstanding warrants. The T.R.O. is herein requested, yet it shall be specificly argued for in later pages. These pages are for the plain statement of the claim.

The Plaintiff knows that all well pleaded facts are to be accepted as true & that "if the Plaintiffs claims are plausible they must be accepted

even if they are unlikely." Futhermore, the Plaintiff also knows that his filings must be scrutinized less harsh then that of a licensed attorney. On the 2019-2022 sins of Mason it was most aggregious that the April 2020 filed motion to "Substitute Judge" was also ignored. That while as a group the Δ's denied evidence in Love Joy P.D. property room including the iPhone with incident scene that exonorates Plaintiff from alleged Simple Battery (misdemeanor) that was illegally elevated to Felony at illegal prelim (Failure to notify of right to waive prelim) after Judge W. Dalls wisely dropped it to a Simple Battery misdemeanor on 3/21/19 without Plaintiff appearance. The agenda of the rest of them equates to Kidnap & Human Traffic verse 22 U.S.C. 78 & with unjust enrichment in violation of 35 plus state & Federal laws. Above motion was witnessed from Donate Duhart & April Price

& Sargent Jackson who provided the "Hall Pass" to walk up to the Classifications desk & get notarization. That notorized motion was mailed. The above & much more makes the Case "Fraud upon the Court" & the U.S. Supreme court has ruled that "when Fraud upon the court is present the order or orders "are moot ab initio, have no teeth & shall be given no respect." The Georgia & TX cases are exactly that & thus no valid Georgia or Texas warrants could exist verse Plaintiff. As the Court knows "Fraud upon the Court" occurs when the "Judicial Mechanism" breaks down. Without a doubt as described above & as shall be in the next 25 pages the mechanism has broken down.

Plaintiff has battled to protect very valuable intelectual property including "I love Racing™" trademark shirt that Plaintiff learned today was copied

& exploited at Charlotte Roval race just recently with a group lying & saying they operate Plaintiffs' Nonprofit. All Δ's had access to business documents, competitors, lucrative "side hussles" for double dipping county workers, false charges, decade long "fake" battery, current 5.5 year "fake" Georgia simple battery & much more to be described in detail with exact dates, times, events & crimes in the 35 pages total. About 25 pages to follow. Clearly & unquestionably a pattern & practice of criminal acts & criminal behavior has not only emerged it's well proven. The Δ's have stolen legal paperwork in large volumes 5 times, exact dates & details revealed in future pages as that occured twice in Georgia in '24 & '21 in TX in '24 & in IL in '09 & '11 in addition to "legal mail" theft in all 3 states.

The Plaintiff fully intends to lobby the Congress for instalation of a U.S. post office at all detention locations

with employment of postal workers at each location to pick up the mail & to deliver the mail as well as law libraries next door to allow all mail to be mailed certified if a U.S. citizen so choses. With some of the Plaintiffs' wealth the Plaintiff shall insure Δ's such as said Δ's never again could traffic & kidnap as they do. Sears' CEO was kidnapped in early 2000's & it happens. It's always for money, Master Class of Organizational Behavior a 600 level class studies employee & individual acts & why they occur, Plaintiff had an "A" in that graduate level Masters Class. The course utilizes Harvard case studies to evaluate behavior, it's reasons its implications & it's positive & its negative affects. As well as the right & wrong decisions to make. It's clear the Δ's made wrong decisions.

Also, Δ's made wrong decisions for wrong reasons mostly involving unjust enrichment.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: ______________

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Chris Schroeder

**DEFENDANTS** Mason, Foster, Walker, Turnbull, Love Joy P.D., Phil Hall, Ferguson, Mitchell, & does et

**(b)** County of Residence of First Listed Plaintiff Washtenaw
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Clayton
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Pro Per

Attorneys *(If Known)* Unknown

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)* cannot

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☒ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: U.S. Constitutional right to vote & 22 USC 78

Brief description of cause: Right to vote free of intimidation or violence & lies.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: Uncertain #'s JUDGE ______ DOCKET NUMBER ______

DATE 11/1/24 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______